Case 2:09-cv-01761-TCP-ETB Document 21-1 Filed 10/22/09 Page 1 of 1



FILED
CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 29 2009 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAY KOZA                                  :  09 Civ. 1761
        Plaintiff                     :  (TCP) (ETB) (ECF)
                                          :
    - against -                         :  NOTICE OF VOLUNTARY
                                          :  DISMISSAL WITHOUT
PANGEA3, LLC and DAVID PERLA              :  PREJUDICE, PURSUANT TO
        Defendants                    :  FED. R. CIV. P. RULE 41(a)(1)(i)
(2).
-----------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that no answer or motion for summary judgment having been filed and/or served in this Action, Plaintiff files this "Notice of Voluntary Dismissal Without Prejudice" with respect to the captioned action as of right, pursuant Federal Rules of Civil Procedure, Rule 41(a)(1)(i); and this "Notice of Voluntary Dismissal" shall be self-executing with respect to the dismissal of this action, without prejudice of any kind, including with respect to the reinstatement or the subsequent original filing of a new complaint, inclusive of the same or additional claims against Defendants.

Dated: Old Westbury, NY
       October 22, 2009

                        JEFFREY L. ROSENBERG
                            &amp; ASSOCIATES, LLC

                        S/ JEFFREY L. ROSENBERG
                BY:_____
                      Jeffrey L. Rosenberg (JR-3597)
                      Attorneys for Plaintiff
46 Morgan Drive
Old Westbury, New York 11568
(516) 626-1325

TO:   FRED N. KNOPF, ESQ.
       WILSON ELSER MOSKOWITZ
       EDELMAN & DICKER, LLP
       Counsel for Defendants,
       David Perla and Pange 3, LLC
       3 Gannet Drive
       White Plains, New York 10604
       (914) 323-7000

1